UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARIZELLA GARCIA, | § § § | |
| Plaintiff, | § § | |
| v. | § § | SA-23-CV-777-JKP (HJB) |
| MORGAN & ASSOCIATES, PC, | § § § | |
| Defendant. | § § | |

**SHOW CAUSE ORDER**

Before the Court is the status of this case. Pretrial and scheduling matters in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b). (*See* Docket Entry 5.)

Federal Rule of Civil Procedure Rule 4 provides that, "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." FED. R. CIV. P. 4(m) "But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." *Id.*

The Complaint in this case was entered on June 20, 2023 (Docket Entry 1); the service deadline was September 18, 2023. There has been no showing that Defendant has been served. Accordingly, it is hereby **ORDERED** that, **by October 10, 2023**, Plaintiff must **SHOW CAUSE** why this case should not be dismissed for failure of timely service pursuant to Rule 4(m). If Plaintiff seeks an extension of time for service, it must make a showing of good cause to support the extension.

**SIGNED** on October 3, 2023.

Henry J. Bemporad
United States Magistrate Judge